UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROY D. MORAGA,<br><br>   Plaintiff<br><br>   v.<br><br>DR. MINEV, et al.,<br><br>   Defendants | Case No. 3:23-cv-00620-ART-CLB<br><br>ORDER |

On June 7, 2024, the Court entered a screening order (ECF No. 10) that dismissed Plaintiff's Complaint (ECF No. 11) and ordered him to file an amended complaint within 30 days from the entry date of the screening order. (ECF No. 10 at 6.) On June 25, 2024, Plaintiff filed a motion requesting to stay this case until December 2024, so that he can get the results of some upcoming medical tests. (ECF No. 12 at 1.) In his motion, Plaintiff states that the results of the medical tests could help him file an amended complaint. (*Id.*) The Court **DENIES** Plaintiff's motion requesting a stay until December 2024. However, the Court will allow Plaintiff until **August 30, 2024**, to file an amended complaint curing the deficiencies of the Complaint. If Plaintiff fails to file an amended complaint, the Court will dismiss this action without prejudice for failure to state a claim.

DATED THIS 1st day of July 2024.

_____
UNITED STATES MAGISTRATE JUDGE